**SARAH LOUCKS**
DISTRICT CLERK
PHONE (512) 332-7244
FAX (512) 332-7249



804 Pecan Street
PO Box 770
Bastrop, TX  78602

### Bastrop County District Clerk

June 8, 2015
<span style="color:blue">Received via e-mail 6/15</span>

**Re: Court of Appeals Number: 03-15-00253-CV; 03-15-00254-CV; 03-15-00255-CV**
**Trial Court Case Number: 11,883; 11,884; 11,930**

**Style: William H. Mikulin, Trustee of Combined Financial Holdings Trust**
**v. The Yegua Trust, et al**

**To:  Court of Appeals**

**The above referenced cases appeal were due June 8, 2015.**

**I unsuccessfully tried 2 or 3 times to contact Mr. William H. Mikulin to speak with him about the appeal fee due our office for the 3 cases.**

**I contacted Chris Knowles in the Court of Appelas on June 8th, 2015 to advise him of the no contact and no payment for the appeal fee on all of the three cases. Mr Knowles advised me to send a status letter regarding this matter.**

**After the Notice of Appeal was filed, the court costs due for the 3 cases were paid in full and I also wanted to speak with Mr. Mikulin regarding this event.  Mr. Mikulin is the only contact I have for these three appeals.**

**Please let this letter serve as the status update on these appeals.**

**Thank you for your assistance in this matter.**

Mary Lynn Harmon. Chief Deputy Clerk
Bastrop County District Clerk Office
804 Pecan Street
Bastrop, TX  78602
(512) 332-7246
Mary.harmon@co.bastrop.tx.us